
**U. S. DEPARTMENT OF JUSTICE**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *U.S. Attorney's Office* | *Telephone (919) 856-4530* |
| *150 Fayetteville St., Suite 2100* | *Criminal Fax (919) 856-4487* |
| *Raleigh, North Carolina 27601* | *www.usdoj.gov/usao/nce* |

## NOTICE OF RELATED CASES

DATE:      November 5, 2019

TO:      Clerk's Office
           United States District Court
           Raleigh, North Carolina

FROM:      Jake D. Pugh
            Assistant U.S. Attorney
            Criminal Division

SUBJECT:      <u>United States v. Marcus Antwan Gambrell.</u>
                 Docket No.5:19CR475 - Western Division

     The above-named defendant is being charged by Criminal Information with sex trafficking of a minor and aiding and abetting, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2) and 2.

     On August 22, 2019, a federal grand jury returned a three-count Indictment against Kevin Harold Rudolph. (Docket No. 5:19-CR-0336-FL) Count One of that indictment charges Rudolph with sex trafficking of a minor and aiding and abetting, in violation of 18 U.S.C. § 1591(a)(1) and (b)(2) and 2. The sex trafficking charge against Gambrell in the Criminal Information arises from the same course of criminal conduct as does the charge against Rudolph in the Indictment.

     Accordingly, assignment of this case to a different judge would cause substantial duplication of labor. See EDNC Local Criminal Rule 50.1(b).

Reviewed and approved by:          _____
                                       ROBERT J. HIGDON, JR.
                                       U.S. Attorney